IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| COASTAL SUNBELT PRODUCE, LLC, ) ) Plaintiff, ) ) v. ) ) SALDIVAR AND ASSOCIATES, INC., *et al.*, ) ) Defendants. ) | Case No. 1:16-cv-00449-GBL-TCB |

## ORDER AND FINAL JUDGMENT

Upon consideration of the Report and Recommendation entered on September 1, 2016 by United States Magistrate Judge Theresa Carroll Buchanan (Dkt. No. 17), who was designated to conduct a hearing in this matter, upon independent review of the record, and based on no objection having been filed within fourteen days,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Buchanan;

**IT IS FURTHER ORDERED** that Plaintiff Coastal Sunbelt Produce, LLC's Motion for Entry of Default Judgment (Dkt. No. 12) is **GRANTED.**

**IT IS FURTHER ORDERED** that for the reasons stated in the Report and Recommendation (Dkt. No. 17), and pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Plaintiff Coastal Sunbelt Produce, LLC and against Defendants Saldivar & Associates, Inc. doing business as R&R Catering, Robert P. Saldivar, and Michelle M. Bloxton, jointly and severally, in the total amount of $60,203.51 consisting of:

2

(1)   Unpaid produce and non-produce items in the amount of $51,484.92;

(2)   Interest in the amount of $4,378.45; and

(3)   Attorney fees and costs in the amount of $4,340.14.

**IT IS SO ORDERED.**

ENTERED this 24th day of September, 2016.

Alexandria, Virginia

9/29/2016

/s/
_____
Gerald Bruce Lee
United States District Judge

2